**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LISA PRITCHARD,

    Plaintiff,

v.                                      Case No. 8:16-cv-1049-EAK-TGW

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

_____/

**NOTICE OF PENDING RESOLUTION**

Pursuant to Local Rule 3.08(a), this case has been resolved. Upon execution of the proper documents, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record

                                                          Respectfully submitted,

                                                       *s/William Peerce Howard*
                                                       William Peerce Howard, Esquire
                                                       Florida Bar No. 0103330
                                                       Billy@TheConsumerProtectionFirm.com
                                                       Amanda J. Allen, Esquire
                                                       Florida Bar No. 98228
                                                       Amanda@TheConsumerProtectionFirm.com
                                                       The Consumer Protection Firm, PLLC
                                                       210 A South MacDill Avenue
                                                       Tampa, FL 33609
                                                       Tele: (813) 500-1500
                                                       Fax: (813) 435-2369
                                                       Attorney for Plaintiff